UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAY KOSACK,

               Plaintiff,

v.

ENTERGY NUCLEAR OPERATIONS, INC.,

               Defendant.
--------------------------------------------------------------x

**ORDER**

14 CV 9605 (VB)

The Court held an on-the-record conference today at which plaintiff's counsel and defendant's counsel appeared in person, it is HEREBY ORDERED:

1. Defendant's motion in limine to preclude evidence or testimony regarding the alleged cause of plaintiff's disability is GRANTED. (Doc. #104).

2. Defendant's motion in limine to preclude evidence or testimony regarding claims previously dismissed is GRANTED. (Doc. #107).

3. The clerk is instructed to terminate the motions. (Docs. ##104, 107).

4. Jury selection and trial is scheduled for December 2, 2019, at 9:30 a.m.

Dated: November 22, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge