UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY KOSACK,

                Plaintiff,

                -against-

ENTERGY NUCLEAR OPERATIONS, INC.,
                Defendant.
------------------------------------------------------------X

14 **CIVIL** 9605 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: ~~New York~~ White Plains, New York
           December 9, 2019

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk